IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXO GROUP LTD. and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. |
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned counsel for Glaxo Group Ltd. and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, which is a non-governmental corporate party, certifies that: (i) GlaxoSmithKline plc, is a publicly held company that does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock; and (ii) Glaxo Group Ltd. and SmithKline Beecham Corporation are ultimately wholly-owned subsidiaries of GlaxoSmithKline plc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
_____

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Christopher Mizzo
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC 20005
(202) 879-5000

August 29, 2008
2458332

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs Glaxo Group Ltd.*
*and SmithKline Beecham Corporation*
*d/b/a GlaxoSmithKline*